**Motion granted; Abatement Order filed November 3, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00546-CV
_____

**SHANNON CURTIS, Appellant**

**V.**

**CHAD BAKER, Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-47231**

---

## ABATEMENT ORDER

On October 6, 2016, appellant filed a motion to abate this appeal for sixty days. Appellant, through recently-appointed pro bono counsel, seeks abatement in order to secure a free copy of the record below as well as to resolve any finality issues in the trial court that may render this appeal premature. The motion is granted. Accordingly, we issue the following order.

The appeal is abated, treated as a closed case, and removed from this court's active docket until January 3, 2017. The appeal will be reinstated on this court's

active docket at that time. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.